**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2073**

———————————

RUTH N. WILSON,

Plaintiff - Appellant,

versus

JOHN H. DALTON, Secretary of the Navy,

Defendant - Appellee,

and

KENNETH W. GAY; ROBERT C. REPP; LINDA J. KANE;
STEPHANIE K. HUME,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-96-1702-A)

———————————

Submitted:  February 27, 1998          Decided:  June 18, 1998

———————————

Before WILKINS and NIEMEYER, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ruth N. Wilson, Appellant Pro Se.  Rachel Celia Ballow, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying her action under Title VII of the Civil Rights Act, 42 U.S.C.A. §§ 2000e to 2000e-16 (West 1994 & Supp. 1997), and the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701-797b (West 1985 & Supp. 1997), and denying her Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wilson v. Dalton, No. CA-96-1702-A (E.D. Va. June 23 & July 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED